IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MOLLIE L. COTTONHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:08-cv-953-TMP |
| ) | |
| PALISADES COLLECTION, LLC; ) | |
| REDLINE RECOVERY SERVICES, LLC. ) | |
| ) | |
| Defendants. ) | |

ORDER OF DISMISSAL WITH PREJUDICE

On September 22, 2008, the parties in the above-styled action jointly filed their stipulation of dismissal with prejudice. On the joint stipulation, it is, therefore, ORDERED, that the above-styled action is due to be and hereby is DISMISSED WITH PREJUDICE, with each party bearing her or its own costs, expenses, and attorney's fees.

DATED this the 23rd day of September, 2008.

_____
T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE